UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES B. HASKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV02335 AGF |
| ) | |
| NLB CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on Plaintiffs' motion to continue the trial setting (Doc. #61),

**IT IS HEREBY ORDERED** that Plaintiffs' motion to continue is **Granted**. The trial is rescheduled for **Monday, September 24, 2007, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the Court shall hold a final pretrial conference on **Thursday, September 20, 2007, at 2:00 p.m.**

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of June, 2007.